UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AMERICAN ICE MACHINE COMPANY,

Plaintiff,

v.

MODERN ICE EQUIPMENT COMPANY, INC., et al.,

Defendants.

Case No.:  24-CV-02083-H-BJW

**ORDER DENYING PLAINTIFF'S MOTION TO MODIFY CASE SCHEDULING ORDER**

[ECF No. 58]

Before the Court is Plaintiff's Motion to Modify the Case Scheduling Order that was filed on April 2, 2026, ECF No. 58. This is the fifth motipon seeking to push out deadlines in this case. *See* ECF Nos. 48, 51, 54, 56, 58. In the Court's order on the previous motion, the Court stated, "The Court will not entertain any further efforts to extend the scheduling deadlines in this case." ECF No. 57 at 2. The Court also admonished counsel that its chambers rules require counsel to "make any requests to continue scheduling order deadlines no less than seven calendar days before the affected

1

24-CV-02083-H-BJW

date, [and] to include the number of previous requests for continuance[.]" ECF No. 57 at 1–2. Among the requested extensions, Plaintiff seeks to extend the deadline for fact discovery, which passed on March 13, 2026—nearly three weeks before this motion was filed. ECF Nos. 57, 58. And counsel again failed to include the number of previous requests. *See* ECF No. 58.

As reasons for the requested extensions, Plaintiff lists (1) the need to take three remaining party depositions, which "were taken off calendar to allow the parties to engage in settlement discussions in good faith" and (2) the fact that Plaintiff's expert notified counsel "that he is no longer able to testify in this matter." ECF No 58 at 1–2.

"A scheduling order is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded by counsel without peril." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992) (citation and internal quotation marks omitted). Because the Court explained that no further extensions would be granted and Plaintiff has not made a showing of diligence or good cause, the Court **DENIES** the Motion to Modify Case Scheduling Order.

**IT IS SO ORDERED.**

Dated: April 15, 2026.

_____
Hon. Brian J. White
United States Magistrate Judge

24-CV-02083-H-BJW